**FILED**
September 02, 2025
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

       Plaintiff,

  v.

ROBERT J. NUCKOLS,

       Defendant.

Case No. 2:25-po-00003-SCR

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:  UNITED STATES MARSHAL:

This is to authorize and direct you to release  ROBERT J. NUCKOLS , Case No. 2:25-po-00003-SCR , Charge 41 CRD 102-74.380, from custody for the following reasons:

    _____ Release on Personal Recognizance

    _____ Bail Posted in the Sum of $ _____

        _____ Unsecured Appearance Bond $ _____

        _____ Appearance Bond with 10% Deposit

        _____ Appearance Bond with Surety

        _____ Corporate Surety Bail Bond

    __X__ (Other):  Defendant has been sentenced to time served.

Sacramento County Jail is further ORDERED to release the defendant with a 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on September 02, 2025, at 2:30 PM.

By: _____
Magistrate Judge Allison Claire